**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

ANTHONY TURNER

           Plaintiff(s),

    vs.

CORECIVIC OF TENNESSEE, LLC

         Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case #2:22-cv-00775-GMN-NJK

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Christian A. Angotti_____, Petitioner, respectfully represents to the Court:
       (name of petitioner)

    1.    That Petitioner is an attorney at law and a member of the law firm of

_____Littler Mendelson, P.C._____
                           (firm name)

with offices at _____625 Liberty Avenue, 26th Floor_____,
                             (street address)

_____Pittsburgh_____, _____Pennsylvania_____, ___15222___,
     (city)                 (state)       (zip code)

_____412-201-7623_____, _____cangotti@littler.com_____.
 (area code + telephone number)      (Email address)

    2.    That Petitioner has been retained personally or as a member of the law firm by

_____CoreCivic of Tennessee, LLC_____ to provide legal representation in connection with
          [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3.    That since _____October 20, 2016_____, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of _____Pennsylvania_____
(state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4.    That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| USDC WDPA | July 19, 2017 | 322881 |
| USDC EDPA | December 28, 2020 | 322881 |
| USDC MDPA | January 8, 2021 | 322881 |
| USDC District of CO | April 9, 2020 | 322881 |
| Supreme Court of Pennsylvania | October 20, 2016 | 322881 |
| US Court of Appeals for the Second Circuit | January 12, 2022 | 322881 |
| US Court of Appeals for the Third Circuit | December 1, 2021 | 322881 |

5.    That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

6.    That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

None

7.    That Petitioner is a member of good standing in the following Bar Associations.

None.  My license is issued through the Supreme Court of Pennsylvania.  The Pennsylvania Bar Association is a separate entity that does not issue law licenses.

8.    Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 12/2/2021 | Falline v. CoreCivic | USDC District of NV | Granted |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.    Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.    Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF _____Pennsylvania_____ )
                                )
COUNTY OF _____Allegheny_____ )

_____Christian A. Angotti_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

_·24th_ day of _May_____, 2022.

_Amy J. Edder_____
Notary Public or Clerk of Court

> Commonwealth of Pennsylvania - Notary Seal
> Amy J. Edder, Notary Public
> Allegheny County
> My commission expires June 13, 2022
> Commission number 1284172
> Member, Pennsylvania Association of Notaries

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____Roger L. Grandgenett_____, (name of local counsel) Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____3960 Howard Hughes Parkway. Suite 300_____
(street address)

_____Las Vegas_____    _____Nevada_____    _89169-5937_
(city)                 (state)            (zip code)

_____702-862-7723_____    _rgrandgenett@littler.com_
(area code + telephone number)    (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ Roger L. Grandgenett _____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Susan Lindsey, Associate General Counsel, Labor & Empl
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

6323                           rgrandgenett@littler.com
Bar number                     Email address

APPROVED:

Dated: this __3__ day of ___June___, 2022.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Christian Anthony Angotti, Esq.*

**DATE OF ADMISSION**

*October 20, 2016*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated:  June 1, 2022**

Nicole Traini
Chief Clerk