# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ANTHONY TURNER,

    Plaintiff(s),

v.

CORECIVIC OF TENNESSEE, LLC,

    Defendant(s).

Case No. 2:22-cv-00775-GMN-NJK

**Order**

    To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than July 25, 2022, a joint proposed discovery plan.

    IT IS SO ORDERED.

    Dated: July 18, 2022

                                                            Nancy J. Koppe
United States Magistrate Judge