**THIERMAN BUCK, LLP**
Mark R. Thierman, Nev. Bar No. 8285
mark@thiermanbuck.com
Joshua D. Buck, Nev. Bar No. 12187
josh@thiermanbuck.com
Leah L. Jones, Nev. Bar No. 13161
leah@thiermanbuck.com
Joshua R. Hendrickson, Nev. Bar 12225
joshh@thiermanbuck.com
7287 Lakeside Drive
Reno, Nevada 89511
Tel. (775) 284-1500
Fax. (775) 703-5027

**HODGES & FOTY, LLP**
Don J. Foty *Admitted Pro Hac Vice*
dfoty@hftrialfirm.com
4409 Montrose Blvd., Ste. 200
Houston, TX, 77006
Tel. (713) 523-0016
Fax. (713) 523-0016

**THE LAZZARO LAW FIRM, LLC**
Anthony J. Lazzaro, *Admitted Pro Hac Vice*
anthony@lazzarolawfirm.com
The Heritage Building, Ste. 250
34555 Chagrin Blvd.
Moreland Hills, OH 44022
Tel. (216) 696-500
Fax. (216) 696-7005

**NILGES DRAHER LLC**
Hans A. Nilges (Admitted Pro Hac Vice)
hnilges@ohlaborlaw.com
7034 Braucher St., NW, Ste. B
North Canton, OH 44720
Tel. (330) 470-4428
Fax. (330) 754-1430

*Attorneys for Plaintiff and the
Putative Class*

/ / /

/ / /

/ / /

**LITTLER MENDELSON, P.C.**
Roger L. Grandgenett II, Nev. Bar No.
rgrandgenett@littler.com
Emil Kim, Nev. Bar No. 14894
ekim@littler.com
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV 89169.5937
Tel. (702) 862-8800
Fax. (702) 862-8811

Christian A. Angotti, *admitted pro hac vice*
cangotti@littler.com
Sean P. Dawson, *admitted pro hac vice*
sdawson@littler.com
Robert W. Pritchard, *admitted pro hac vice*
rpritchard@littler.com
625 Liberty Avenue, 26th floor
Pittsburgh, PA 15222
Tel. (412) 201-7628
Fax.  (412) 774-1957

*Attorneys for Defendant*

**THIERMAN BUCK LLP**
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email info@thiermanbuck.com  www.thiermanbuck.com

– 1 –
STIPULATION AND  ORDER TO STAY PENDING MEDIATION

THIERMAN BUCK LLP
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email info@thiermanbuck.com www.thiermanbuck.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL FALLINE on behalf of himself and all others similarly situated, <br><br>   Plaintiff, <br><br> v. <br><br> CORECIVIC OF TENNESSEE, LLC; and DOES 1-50, <br><br>   Defendant. | Case No.: 2:22-cv-00775-CDS-NJK <br><br><br> **JOINT MOTION TO STAY PENDING MEDIATION AND ORDER THEREON** |
| ANTHONY TURNER on behalf of himself and all others similarly situated, <br><br>   Plaintiff, <br><br> v. <br><br> CORECIVIC OF TENNESSEE, LLC; and DOES 1-50, <br><br>   Defendant. | |

The Parties in this case, Plaintiff MICHAEL FALLINE ("Plaintiff Falline") by and through his counsel of record, HODGES & FOTY LLP, THE LAZZARO LAW FIRM, LLC, and NILGES DRAHER LLC, along with Plaintiff ANTHONY TURNER ("Plaintiff Turner") by and through his counsel of record, THIERMAN BUCK, LLP, and Defendant CORECIVIC OF TENNESSEE, LLC ("CoreCivic"), by and through their counsel of record, LITTLER MENDELSON, P.C., hereby request and stipulate to stay the entire action, pending mediation ("Stay").

The purpose of the Stay is to promote judicial economy and allow this court to more effectively control the disposition of the cases on its docket with economy of time and effort for itself, for counsel, and the litigants. *See Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936) ("[T]he power to stay proceedings is incidental to the power inherent in every court to control the

THIERMAN BUCK LLP
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email info@thiermanbuck.com  www.thiermanbuck.com

disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants."); *Pate v. DePay Orthopedics, Inc.*, 2012 WL 3532780, at * 2 (D. Nev. Aug. 14, 2012) ("A trial court may, with propriety, find it is efficient for its own docket and the fairest course for the parties to enter a stay of an action before it, pending resolution of independent proceedings which bear upon the case."), *citing Leyva v. Certified Grocers of Cal., Ltd.*, 593 F.2d 857, 863 (9th Cir. 1979).

The Parties have scheduled mediation October 11, 2022, in an attempt to resolve all claims in this action. Pending the outcome of the Parties' mediation, the Parties will provide a Status Report to the Court no later than fifteen (15) calendar days following the mediation setting forth the following:

1) Should the Parties reach a settlement, the Parties will update the Court as to the tentative resolution and set forth a proposed briefing schedule for settlement approval.

2) Should the Parties be unsuccessful at resolving all claims, the Parties shall set forth an updated proposed discovery plan and scheduling order.

///

///

///

STIPULATION AND  ORDER TO STAY PENDING MEDIATION

This Stipulation is made in good faith and not for the purposes of undue burden or delay.

**IT IS SO STIPULATED:**

Dated this 26th day of August 2022

Dated this 26th day of August 2022

THIERMAN BUCK, LLP

LITTLER MENDELSON, P.C.

*/s/ Leah L. Jones*

*/s/ Christian A. Angotti*

Mark R. Thierman, No. 8285
Joshua D. Buck, No. 12187
Leah L. Jones, No. 13161
Joshua R. Hendrickson, No. 12225
7287 Lakeside Drive
Reno, Nevada 89511

Roger L. Grandgenett II, Bar No. 6323
Emil Kim, Nev. Bar No. 14894
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV 89169.5937

HODGES & FOTY, LLP
Don J. Foty *Admitted Pro Hac Vice*
4409 Montrose Blvd., Ste. 200
Houston, TX, 77006

Christian A. Angotti, *admitted pro hac vice*
Sean P. Dawson, *admitted pro hac vice*
Robert W. Pritchard, *admitted pro hac vice*
625 Liberty Avenue, 26th Floor
Pittsburgh, PA 15222

*Attorneys for Defendant*

THE LAZZARO LAW FIRM, LLC
Anthony J. Lazzaro, *Admitted Pro Hac Vice*
The Heritage Building, Ste. 250
34555 Chagrin Blvd.
Moreland Hills, OH 44022

NILGES DRAHER LLC
Hans A. Nilges (Admitted Pro Hac Vice)
7034 Braucher St., NW, Ste. B
North Canton, OH 44720

*Attorneys for Plaintiff and the Putative Class*

**ORDER**

**IT IS HEREBY ORDERED** that the Parties' Stipulation and Order to stay action in the above captioned matter is **granted**.

**IT IS FURTHER ORDERED** that the Parties will submit a Joint Status Report no later than 15 calendar days following the Parties' mediation to inform the Court if the Parties have come to an early resolution.

1) Should the Parties reach a settlement, the Parties will set forth a proposed briefing schedule for settlement approval.

2) Should the Parties be unsuccessful at resolving all claims, the Parties shall set forth an updated proposed discovery plan and scheduling order

**IT IS SO ORDERED.**

Dated: August 29, 2022

_____
UNITED STATES DISTRICT JUDGE

THIERMAN BUCK LLP
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email info@thiermanbuck.com  www.thiermanbuck.com

STIPULATION AND [PROPOSED] ORDER TO STAY PENDING MEDIATION